# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOEL P. CVAR,**<br><br>Defendant. | 20-PO-05082-GF-JTJ<br><br>VIOLATIONS:<br>9712442<br>9712443<br>9712444<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $1010 ($920 fine and $90 processing fees for the above-listed violation numbers. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS ALSO ORDERED that violation 9712443 is amended to reflect the defendant is pleading guilty to reckless driving in violation of 36 C.F.R. § 4.2(b) and M.C.A. § 61-8-301(1)(a).

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for December 17, 2020, is VACATED.

DATED this 16th day of December 2020.

John Johnston
United States Magistrate Judge